UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA GARRETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ANTHONY GARRETT; TERRENCE ) <br> BEAMON; SHIRLEY JOHNSON, ) <br> NC Clerk of Court; ARCHER ) <br> WILLIAMS, NC Sheriff; BEVERLY ) <br> WATFORD-ACORS; and LEO ) <br> MARTY ACORS, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br><br> No. 2:14-CV-30-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 8, 2015, that this case is dismissed without prejudice for plaintiff's failure to timely obtain service and prosecute.

**This Judgment Filed and Entered on December 8, 2015, and Copies To:**
Pamela Garrett (via U.S. Mail) 2055 3rd Avenue, 7B, New York, NY 10029


December 8, 2015            JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk